**WO**         IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,              ) | |
|                                        ) | |
|                  Plaintiff,            ) | CR-05-926-01-PHX-ROS |
|                                        ) | |
|           v.                           ) | |
|                                        ) | ORDER OF DETENTION |
| Kerri Orr,                             ) | |
|                  Defendant.            ) | |
| _____) | |

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held.

The Court incorporates and adopts by reference the assessment of nonappearance findings of the Pretrial Services Agency which were reviewed by the Court at the time of the hearing in this matter.

Defendant does not dispute the information contained in the Pretrial Services Report.

By clear and convincing evidence defendant is a flight risk and requires detention pending trial.

At this time, no condition or combination of conditions will reasonably assure the appearance of defendant as required.

IT IS THEREFORE ORDERED that defendant be detained pending further proceedings. 18 U.S.C. §3143; Rules 32.1(a)(1) and 46(c), Federal Rules of Criminal Procedure.

///
///
///
///

However, IT IS FURTHER ORDERED that the defendant shall be interviewed for possible placement at an appropriate halfway house facility. Should the defendant be an acceptable candidate, defense counsel or Pretrial Services shall contact Magistrate Judge Edward C. Voss' chambers to set a BAG AND BAGGAGE hearing. If counsel for the government does not object to the proposed release, the matter will be scheduled "bag and baggage."

DATED this 27th day of October, 2005.

*Edward C. Voss*
Edward C. Voss
United States Magistrate Judge